UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ROBERT PIERSON,** *pro se*,

    Plaintiff,

v.                         CASE NO: 8:09-CV-1124-T-30TBM

**JIM COATES, as the Pinellas County Sheriff's Department, et al.,**

    Defendants.
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. An Order to Show Cause was entered on November 3, 2009 (Dkt. #10) which required the Plaintiff to show cause, in writing, within eleven days as to why this action should not be dismissed for failure to file an Amended Complaint. Plaintiff has failed to file a response or an Amended Complaint. Accordingly, as Plaintiff has failed to diligently prosecute the above-styled action pursuant to Local Rule 3.10(a), it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on November 30, 2009.

                                           JAMES S. MOODY, JR.
                                           UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record

*F:\Docs\2009\09-cv-1124.dismissal.wpd*